In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Petitioner, against TOFFENETTI RESTAURANT COMPANY, INC., Respondent.

In the Matter of the PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against TOFFENETTI RESTAURANT COMPANY, INC., et al., Appellants.

Submitted March 13, 1944; decided April 6, 1944.

*Morris Teitelbaum* for motion.

*William E. Grady, Jr., Philip Feldblum* and *Daniel Kornblum* opposed.

Motion by Toffenetti Restaurant Company, Inc., dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.

Motion by individual appellants denied.